IN THE SUPREME COURT OF THE STATE OF NEVADA

THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-24, MORTGAGE PASS-THROUGH CERTIFICATE SERIES 2005-24,

Appellant,

vs.

LN MANAGEMENT LLC SERIES 8028 PEACEFUL WOODS,

Respondent.

No. 76443

FILED

JAN 25 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Stefany Miley, District Judge
      Akerman LLP/Las Vegas
      Kerry P. Faughnan
      Eighth District Court Clerk

19-04027